# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ORIYOMI ALOBA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 1:23-cv-00254-RDP-SGC |
| **DEPARTMENT OF JUSTICE,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on April 13, 2023, recommending the dismissal of this action without prejudice under the so-called "three strikes" provision of 28 U.S.C. § 1915(g). (Doc. 2). Because it appeared Aloba did not receive a copy of the Report and Recommendation mailed to his old address, on April 26, 2023 the Clerk was directed to resend a copy (Doc. 2), along with a copy of the Order (Doc. 3), to his new address. Aloba's fourteen-day deadline to object to the Report and Recommendation ran from the date of the April 26, 2023 Order. (Doc. 3). Although the Magistrate Judge advised Plaintiff of his right to file written objections within fourteen days, the court has not received any objections. The time to object has expired.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, all claims presented in this matter are due to be dismissed without prejudice under the three-strikes provision of 28 U.S.C. § 1915(g).

A final judgment will be entered.

**DONE** and **ORDERED** this May 23, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE